296 U.S. 632
 56 S.Ct. 155
 80 L.Ed. 449
 Tracy C. DRAKE, John B. Drake, et al., petitioners,
v.
METROPOLITAN LIFE INSURANCE COMPANY et al.*
 No. 459.
 Supreme Court of the United States
 October 28, 1935
 
 Messrs. Charles C. LeForgee, of Decatur, Ill., and Edwin W. Sims, of Chicago, Ill., for petitioners.
 
 
 1
 For opinion below, see Metropolitan Life Ins. Co. v. Whitestone Management Co., 77 F.(2d) 255.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Seventy Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 664, 56 S. Ct. 246, 80 L. Ed. 473.